NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Matthew M. Loker, Esq. (279939)
LOKER LAW, APC
1303 E. Grand Ave., Ste. 101, Arroyo Grande, CA 93420
(805) 994-0177
matt@loker.law

CLEAR FORM

ATTORNEY(S) FOR:  Sharon Ballard

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SHARON BALLARD | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | |
| v. | |
| CONCORA CREDIT INC.; AND, EXPERIAN INFORMATION SOLUTIONS, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Sharon Ballard
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Sharon Ballard | Unknown at this time. |

November 13, 2023

Date

Matthew M. Loker

Signature

Attorney of record for (or name of party appearing in pro per):

Sharon Ballard