SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
ELIZABETH C. FARRELL (State Bar No. 280056)
ecf@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
CONCORA CREDIT INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BALLARD,<br><br>        Plaintiff,<br><br>    v.<br><br>CONCORA CREDIT INC.; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:23-cv-09554-CBM-E<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND L.R. 7.1-1**<br><br>**HON. CONSUELO B. MARSHALL** |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF SHARON BALLARD AND COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1-1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

13228.0005/16661071.1 8532176v2

SEVERSON & WERSON
19100 VON KARMAN AVENUE, SUITE 700
IRVINE, CALIFORNIA 92612

1    Defendant Concora Credit Inc. ("Concora") is a privately held corporation.

2  No publicly held company owns 10% or more of its stock.

3

4                              *Respectfully Submitted*,

5

6                              SEVERSON & WERSON

7  DATED: November 30, 2023    By:  */s/ Scott J. Hyman*

8                                   Scott J. Hyman
                                     Attorney for Defendant
9                                   CONCORA CREDIT INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEVERSON & WERSON
19100 VON KARMAN AVENUE, SUITE 700
IRVINE, CALIFORNIA 92612

- 2 -

1

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 19100 Von Karman Ave., Suite 700, Irvine, California, 92612.

On November 30, 2023, I served true copies of the following document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1 AND L.R. 7.1-1**on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 30, 2023, at Irvine, California.

*/s/ Scott J. Hyman*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEVERSON & WERSON
19100 VON KARMAN AVENUE, SUITE 700
IRVINE, CALIFORNIA 92612

CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1
Case No.: 2:23-cv-09554-CBM-E

13228.0005/16661071.1
8532176v2

1

# SERVICE LIST

2

3 Elizabeth Ann Wagner
Loker Law APC
Email: elizabeth@loker.law
4 Attorney for Plaintiff

5 Matthew Michael Loker
Loker Law APC
6 Email: matt@loker.law
Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEVERSON & WERSON
19100 VON KARMAN AVENUE, SUITE 700
IRVINE, CALIFORNIA 92612

- 4 -

CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO FRCP 7.1
Case No.: 2:23-cv-09554-CBM-E

13228.0005/16661071.1
8532176v2